64,845-02

This document contains some
pages that are of poor quality
at the time of imaging. May 8, 2015

Honorable Clerk,

I, Daniel Lee Ainsworth, pro-se, respectfully submit my Petition for Writ of Mandamus for the Honorable Courts review. I am a layman of the Law and pray the Court to not hold me as the standards of an attorney.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

Respectfully Submitted,
Daniel Lee Ainsworth
Daniel Lee Ainsworth
149534                          pro-se
13100 NE 29th
Amarillo, Texas
                    79111

P.S. The County Detention Center policy does not Provide help with use of copy-machine or Type-writer nor copy-paper. Therefore, I am not able to provide copies.

In The Texas
Court of Criminal Appeals
Austin, Texas


Re: Application for Writ of Habeas Corpus
filed in The 320TH District Court of
Potter County, Texas, Cause# 68,888-D

Petition for Writ of Mandamus

To The Honorable Judges of Said Court:

Now comes, Daniel Lee Ainsworth, and
respectfully request the Honorable Court to
issue a Writ of Mandamus to the 320th
District Court directing the Court to grant
the applicant a Habeas Hearing on The
merits of his application for Writ of Habeas
Corpus he filed pro-se on or about Mar.
13, 2015 for the following reasons:

I.

a) Petitioner was unlawfully arrested at
the Kyle Unit S.A.F.P. on May 30, 2014,
on the alleged charge of Aggravated

(1)

Assault with a Deadly Weapon and held unlawfully detained on a Bench Warrent for over 22 days before being Transported to Potter County Detention Center.

b) Petitioner is being deprived of his liberty by unlawfull Government action by secreting Facts of his detention and will not supply copies of the Bench Warrent remouing him from The SAFP program and changing his arrest dates unlawfully.

## II.

Petitioner filed an Application for Writ of Habeas Corpus on Nov. 3, 2014, in The 320th District Court claiming his Grand Jury indictment To be out of time and defective. No hearing was held and the Court appointed an attorney Darrell R. Carey as counsel on Nov. 12, 2014. On Dec. 1, 2014 the attorney informed petitioner his case was dismissed.

## III

On or about Jan. 10, 2015, The County Attorney filed 3 misdemeanor cases

(2)

from the file that was sent from the District Attorney on, or about Dec. 1, 2014.

## IV

Petitioner filed a pro-se Petition for Writ of Habeas Corpus 11.09 with the County Court at Law 1 and a hearing was held on Feb. 3, 2015. After a denial of requested relief petitioner appealed. Petitioner requested the Court Reporters Transcript and the County Court at Law 1 will not provide him a copy.

## V

Petitioner filed another Application for Writ of Habeas Corpus in the 320th District Court on or about Mar. 13, 2015. claiming his case unlawful under Leonard v. State (Cr. App. 1929) 111 Tex. Crim. 463 S.W. 2d. 1028 and the Honorable Court has refused a hearing on the merits of his Application.

(3)

## Requested Relief

For the above stated reasons, The petitioner is being denied Access to Courts and request The Court of Criminal Appeals To Order The 320th District Court To grant the petitioner a Habeas Hearing on The merits of his application he filed pro-se on or about Mar 13, 2015,

## Prayer

Petitioner prays The Honorable Court of Criminal Appeals issue a writ of Mandamus To The 320th District Court granting a hearing on The merits of his application for writ of Habeas Corpus he filed on Mar. 13, 2015.

Respectfully Submitted,

Daniel Lee Ainsworth

Submitted on or about May 8, 2015

Daniel Lee Ainsworth
#149534          pro-se
13100 NE 29th
Amarillo, Texas
                    79111

(4)

## Inmate Declaration

I, Daniel Lee Ainsworth, #149534 declare under penalty of purjury the facts and allegations contained in This Petition For Writ Mandamus to be true and correct to the best of my knowledge and belief and what is stated in contention to be true.

Respectfully Submitted,

Daniel Lee Ainsworth

Daniel Lee Ainsworth
149534
13100 NE 29TH
Amarillo, Texas
79111